**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1328**

———————

LARRY SPATES,

Plaintiff - Appellant,

versus

UNITED PARCEL SERVICES, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  Richard C. Erwin, Senior District Judge. (CA-94-652-6)

———————

Submitted:  September 10, 1996      Decided:  September 24, 1996

———————

Before HALL, WILKINS, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry Spates, Appellant Pro Se.  John James Doyle, Jr., Margaret Ann Anderson, CONSTANGY, BROOKS & SMITH, Winston-Salem, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting summary judgment in favor of the Defendant in his civil rights action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Spates v. United Parcel Serv.</u>, No. CA-94-652-6 (M.D.N.C. Feb. 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>